IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORIGA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CRIMINAL NO. 5:23-CR-41-MTT** |
| : | |
| **LISA DEAL** : | |
| : | |

### ORDER TO DISMISS

Before the Court is the United States' motion to dismiss the above-styled Indictment as to Defendant Lisa Deal pursuant to Federal Rule of Criminal Procedure 48(a). Defendant's term of pre-trial diversion has expired. All terms of Defendant's pre-trial diversion agreement were satisfied. After careful consideration, the Court finds it is in the interests of justice to grant the United States' request.

Accordingly, the Court **GRANTS** the United States' Motion to Dismiss Indictment (Doc. 82) and hereby ORDERS that the pending Indictment (Doc. 1) against Defendant Lisa Deal be **DISMISSED with prejudice**.

**SO ORDERED**, this 18th day of July, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT